# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. ____________________

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Shaqille Brown

vs.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**]

Mathew J Clark

Scott A Mueller

Complete every section and **SIGN THE LAST PAGE.**

*Revised 12/13/18*

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. ____✓____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. __________ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: Shaquille Brown

   b. Inmate Number: 361798

   c. Correctional facility: Garner

## C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than six defendants, attach additional pages. Provide items a, b, and c for each defendant.

1. First Defendant
   a. Full Name: Mathew J Clark

   b. Rank or Title: LPC

   c. Workplace: Northern

*Revised 12/13/18*

2. Second Defendant
   a. Full Name: Scott A Mueller

   b. Rank or Title: Psychologist (PsyD)

   c. Workplace: Northern

3. Third Defendant
   a. Full Name:

   b. Rank or Title:

   c. Workplace:

4. Fourth Defendant
   a. Full Name:

   b. Rank or Title:

   c. Workplace:

5. Fifth Defendant
   a. Full Name:

   b. Rank or Title:

   c. Workplace:

6. Sixth Defendant
   a. Full Name:

   b. Rank or Title:

   c. Workplace:

**D. REASON FOR COMPLAINT** See Additional attached Pg 1

**WARNING: Contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

*Revised 12/13/18*

Pg 1

## Reason For complaint

Deliberate indifference to plaintiffs serious medical needs. failure to provide timely reasonable adequate mental health programming treatment. By defendants LPC Mathew J clark and psychologist Scott A Mueller.

1. Failure to use the prison grievance process before suing. If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you. In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4. Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison. If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim. Until then, your best strategy is to call the Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

Example of Statement of Case

1. On April 12, 2015, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed her my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.

Now describe your claims.

Statement of Case

1.

2.

SEE ATTACHED PAGES 1 & 2

STATEMENT OF CASE 1 THROUGH 11

3.

4.

*Revised 12/13/18*

5.

See Additional Attacched Pges 1 & 2
STATEMENT OF Case (1) Through (11)

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

## E. REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a courtappointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus.

See Attached Additional pg 1 IN
Reference To Request for Relief.

*Revised 12/13/18*

#1

STATEMENT OF CASE

1.) DUE TO A MENTAL HEALTH BREAKDOWN ON 6/10/19 I RECIEVED AN INCIDENT REPORT AT GARNER C.I RESULTING IN MY RETURN BACK TO ADMINISTRATIVE SEGREGATION PHASE ONE (1) AT NORTHERN C.I. ON 6/21/19 MY INCIDENT REPORT WAS SUBSEQUENTLY DISMISSED.

2.) I FILED AN GRIEVANCE ON 6/25/19 EXPLAINING THE REASONS FOR MY MENTAL HEALTH BREAKDOWN. (SEE GRIEVANCE AND APPEAL DATED 6/25/19 AND 9/16/19 AS PLAINTIFFS EXHIBITS 1A).

3.) BUT I REMAINED ON ADMINISTRATIVE SEGREGATION PHASE ONE (1) CUSTODY LEVEL 5 STATUS IN NORTHERN CI. ON 9/12/19 I REQUESTED (TWICE) MENTAL HEALTH PROGRAMMING DUE TO MY MENTAL HEALTH DIAGNOSIS OF PTSD, ANGER MANAGEMENT, PARANOIA AND ADHD ALSO CONDUCT DISORDER AND MOOD DIS-ORDER, AS WELL AS NOT RECIEVING ENOUGH MENTAL HEALTH DISCHARGE PLANNING DUE TO MY PENDING RELEASE FROM THE DEPARTMENT OF CORRECTIONS.

4) ON 9/12/19 I WAS SEEN BY DEFENDANT MATHEW CLARK FOR A MENTAL HEALTH COUNSELING SESSION LASTING (8) EIGHT MINUTES. I WAS THEN RETURNED TO MY ASSIGNED CELL.

5.) INTURN ON 9/13/19 I RECIEVED BOTH MY REQUEST BACK WITH DEFENDANT CLARK'S WRITTEN STATEMENT OF "SEEN ON 9/12/19" (SEE REQUEST DATED 9/12/19 AS PLAINTIFFS EXHIBITS 2A AND 2B).

6.) BECAUSE OF MY ONGOING MENTAL HEALTH ISSUES AS WELL AS NOT RECIEVING MENTAL HEALTH TREATMENT. ON 9/14/19 I WROTE DEPUTY WARDEN: BOYNTON

page #2

7.) And facility warden Mudano notifying them that I wasn't recieving timely adequate mental health treatment. On 9/25/19 facility warden Mudano responded to my request stating "I will forward this request to mental health to meet with you" however no one from mental health department spoke with me. (See request to D/W Baymon and to facility warden Mudano dated 9/14/19 as plaintiffs exhibits 3A and 3B)

8.) Other than writing on the bottom of my request to warden Mudano "We will continue to meet with you to assist you in preparing for discharge" (See at bottom page of plaintiffs exhibit 3B.)

9.) After recieving inadequate mental health treatment on 10/8 and 10/17/19. I filed a health service review grievances regarding lack of mental health treatment, both recieved "Denied no further action disposition on 10/11/19 and 10/31/19

10.) By defendant facility psychologist Scott A Mueller (See health service grievance dated 10/8/19 and 10/17/19 as plaintiffs exhibits 4A & 4B.

(The exhaution of administrative remedies)

11.) The plaintiff has exhausted his remedies.

(Claims for Relief)

plaintiff realledgs and incorporate by references paragraphs (1 through 11) See additional page in reference to plaintiffs claims for relief.

Page # 1

## Claims for Relief

1.) Defendant LPC Mathew J Clark actions of only providing minutes per month with the plaintiff despite plaintiffs multiple Request for mental health counseling programming due to plaintiffs having significant mental issues. as Defendant Clark was sufficiently put on notice via Request, knew or should have known That only speaking with The plaintiff for no more Than 10 minutes would not be enough time to address plaintiffs mental health needs constitute Deliberate indifference To plaintiffs serious medical needs, failure To provide reasonable adequate mental health treatment programming in violation of The 8th Amendment of The U.S Constitution.

2.) Defendant Northern CI psychologist Scott A Mueller actions of providing deficient mental health treatment counseling sessions despite plaintiffs multiple Request for mental health counseling programs. Due To plaintiff having significant mental health issues, as defendant Mueller was sufficiently put on notice via Grievance dated 10/8/19 and 10/17/19 as well as Request knew or should have known That briefly speaking with The plaintiff for no more Than 10 minutes would not be enough Time To address plaintiffs mental health needs, constitute Deliberate indifference To plaintiffs serious medical needs, failure To provide Reasonable adequate mental health treatment programming, in violation of The 8th amendment of The U.S Constitution.

F. DO YOU WISH TO HAVE A JURY TRIAL? YES ✓ NO____

G. DECLARATION UNDER PENALTY OF PERJURY

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: [signature]

Signed at Garner CI on 2/10/20
(Location) (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

H. FINAL INSTRUCTIONS

WARNING: Your complaint will not be filed unless you complete each of these steps:

1. Answer all questions on the complaint form.

2. Sign the Declaration under Penalty of Perjury on p. 7

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

# Inmate Administrative Remedy Form

**Connecticut Department of Correction**

CN 9602
REV 9/20/17

| | |
|---|---|
| Facility/Unit: NORTHERN CORRECTIONS INST | Date: 6/25/19 |
| Inmate name: SHAQILLE BROWN | Inmate number: 361798 |

PLAINTIFF'S EXHIBIT
CASE NO.
EXHIBIT NO. 1A

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BE**

Follow the instructions and Re

*(for property claims, complete form CN 9609, Lost/Damaged Property Inv ... he 'Administrative Remedies' box).*

**A. ☒ I am filing a Grievance.**

- Prior to filing a grievance, you must attempt inforr
- Attach a copy of CN 9601, Inmate Request Form ... ponse **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the oc ... cause of the grievance.

**B. ☐ I am requesting a Health Services Review:**

| ☐ All Other Health Care Issues | ☐ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**C. ☐ I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| | | | |
|---|---|---|---|
| ☐ Disciplinary Action | | > | **Complete Section 3 below** |
| ☐ Special Management Decision | ☐ Classification Decision | > | **Complete Section 4** |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**

- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| | | | |
|---|---|---|---|
| Offense: | | Report date: | |
| Facility where hearing was conducted: | | Date of hearing: | |
| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | |
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |

Name(s) of any witness(es):

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: SHAQILLE BROWN | |
|---|---|---|
| | Inmate number: 361798 | Housing: 1W 107 |

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I HAVE ATTEMPTED INFORMAL RESOLUTION WITH NO RESPONSE. ON JUNE 10th 2019 I HAD AN INCIDENT WITH OFFICERS AT GARNER CI IN THE RHU UNIT THIS INCIDENT HAPPENED BECAUSE I HAD A MENTAL HEALTH BREAKDOWN DUE TO ALL OF THE YELLING, Banging and Conditions I was forced TO ENDURE NO LESS THAN THREE TIMES MY CELL GOT Flooded AND MY PROPERTY covered AND DAMaged WITH SOMEONE ELSES WASTE BECAUSE I WAS FORCED TO leave My Property on The floor Because GARNER ADMINISTRATION DID NO adequately Prepare desk THE CELLS for A.S. AS The 9.4 ADMINISTRATIVE DIRECTIVE says They Should. I was AT GARNER CI FROM 6/3/19 TO 6-10-19 And I was EXTREMELY STRESSED SO when an OFFICER BEGAN Making FUN OF THE Problems I WAS HAVING, I JUST LOSSED IT I was NOT Found Guilty OF Any TICKETS. I ONLY HAVE AT OR AROUND 7 MONTHS LEFT BEFORE MY E.O.S DATE I AM Asking To Be Aloud TO RESTART phase 3 so I can get OUT OF AS AND BACK TO General POPULATION WHERE I CAN ATTEMPT TO GET SOME REINTERGRATION Before my DISCHARGE.

| Inmate signature: [signature] | Date: 6/25/19 |
|---|---|

- **For all remedies except health services, deposit this form in the Administrative Remedies box.**
- **For a health services issue, deposit this form in the Health Services box.**

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 7/10/19 | IGP #: 136-20-010 | T#: |
|---|---|---|
| Disposition: Denied | Date of Disposition: 9/5/19 | |

Reason:

Your behavior was unacceptable regardless of the circumstances that you claim lead you to the behavior. Challenging staff authority, threatening staff, and disrupting facility operations will not be tolerated. Your regression to AS Phase 1 will stand.

| ☐ You have exhausted DOC's Administrative Remedies. | ☒ This matter may be appealed to: DA Mulligan |
|---|---|
| Signature: [signature] A. | Date: 09-05-19A08:42 |

# Inmate Grievance Appeal Form - Levels 2/3

**Connecticut Department of Correction**

CN 9604
REV 1/31/09

| | |
|---|---|
| Inmate name: Shaqille Brown | Inmate number: 361798 |
| Facility/Unit: Northern \ West | Housing unit: # 119 |
| Date: 9/16/19 | |
| IGP number: 136-20-010 | T number: |

**Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.**

**Appeal of Level 1 Decision to Level 2**

I am appealing the Level 1 decision because: So let me understand this so your saying That The Alleged Accucation That I was not found guilty on Due To a process failure and Things That were Not proven is why I am Being Penalized left To suffer yet again. How can I Be Punished for something That was alleged. So you are saying That Being Placed in a unhumane Situation we are NOT alowd To peacefully Protest and because i am a -

Inmate signature: [signature] Date: 9/16/19

**FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW**

| Date received: *9/27/19* | Disposition: ***Denied*** | Date of disposition: *9/30/19* |
|---|---|---|

Reasons:

*You are appealing a level one grievance regarding Administrative Segregation regression at Garner C.I. The response given by Warden Hannah was appropriate. In the future, the proper avenue to appeal a regression of Administrative Segregation is through an Appeal of a Classification Decision, not a grievance. Your level 2 grievance appeal is denied.*

Level 2 reviewer: [signature] William Mulligan

☐ This grievance may be appealed within 5 days to Level 3.

☒ You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered.

**Appeal of Level 2 Decision to Level 3**

I am appealing the Level 2 decision because:

Inmate signature: Date:

**Deposit your appeal in the "Administrative Remedies" box.**

**FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW**

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 3 reviewer:

INMATE Me Being Basically TORtured in The ways I was forced to liv in Becouse I Have a Breakdown in which I Caused No Harm to ar one Nor Myself That what Did I caused was and is Justifiable. Con it Actually Be proven that these Alledged actions are True, its Nothing b Disputed facts This is unJust and unacceptable I deserve to be place Back in Phase 3 OR Population for the lack of Duty and judgement.

Remedies

Remedies

# Inmate Request Form

Connecticut Department of Correction

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Shaqille Brown | Inmate number: 361798 |
| Facility/Unit: NCI-1 West | Housing unit: 119 | Date: 9/12/19 |

Submitted to: Mental Health

Request: I Am Going Through alot, Grieving My daughter That Passed, My fiance leaving Me Having No family Support Being Held Captive IN Norther C.I Time And Time Again I Ask for Help Which I Am Not Recieving enough My discharge is Soon to Come And im Not Sure If im Gonna Be Able to Trust My Self Out there. Being in A/s Has Ruined part Of My Soul That I Can Never Get Back How Can They House Mental Health PATIENTS Such as My Self With No Real Help, No Real Counseling. C/o's Be threatning Me Before Cause Of My lawsuit And Shit I Have Dreams of The

continue on back if necessary

Previous acti[...]

PLAINTIFF'S EXHIBIT
CASE NO.
EXHIBIT NO. 2A

RECEIVED
SEP 13 2019
NORTHERN CORRECTIONAL MEDICAL UNIT

continue on back if necessary

Acted on by (print name): Matthew Clark | Title: LPC

Action taken and/or response:

Seen on 9/12/19

continue on back if necessary

Staff signature: [signature] | Date: 9/13/19

Beatings and assaults from Officers WHO do what they want
I Have Dreams Of the Abuse I went through as a child I
Just Don't Know what. to do Can you please Help Me get
Through this im slowly losing control of the inner Me. its lik
We Barely Get Real Mental Health TREATMENT NoR To We ge
~~Assed~~ Assessed At The Allotted time its suppose to Be Ce
Some one Tell Me How we are suppose To Get Through our
Struggles and pain with out Help?

MeNTAl Health

MeNTAl Health

MeNTAl Health

# Inmate Request Form

Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Shaquille Brown | Inmate number: 361796

Facility/Unit: NCI-1 West | Housing Unit: 119 | Date: 9/12/19

Submitted to: Mental Health

Request: Listen I Am Very Agitated And Stressed Out. I lost every Thing My fiance My youngest daughter died My Oldest Is Upset With Me I lost My Crib. My Car every Thing. I Don't Know What I'm Gonna do when My Release is Up I'm Almost To The Point Of Giving Up I'd rather Be dead Than living This NightMare I'm Losing My Mind And Nobody Seems To Be trying to Help Some Body Please Help Me.

continue on back if necessary

PLAINTIFF'S EXHIBIT
CASE NO.
EXHIBIT NO. 2B

RECEIVED
SEP 13 2019
NORTHERN CORRECTIONAL MEDICAL UNIT

Previous

continue on back if necessary

Acted on by (print name): Matthew [illegible] | Title: LPC

Action taken and/or response:

Seen [illegible] 9/12/19

continue on back if necessary

Staff signature: [signature] | Date: 9/13/19

MENTAL HEALTH

Shaqille Brown
#361798
1 West Cell 119
Northern C.I

PLAINTIFF'S EXHIBIT
CASE NO.
EXHIBIT NO. 3A

9/14/19

Deputy Warden Baymon

I am Notifying you That Since The day of June 26th 2018 I Have Written and Reached out to Multiple D.O.C Officials Including Mental Health About Not recieving and adequate amount of Mental Health Treat Every Time I Have Written I Have recieved no Respons and when i Reached out Verbally all I Have Recieved is "we're Working on IT and at first we Barely even had a Mental health staff period and Now that we do im Reaching out and I Still Have Not gotten The Help I Need I suffer from Multiple Mental impairments That requires additional Help from Said caregivers and Now That im close to Release All They Say is 30 days Prior They will place me on Special Needs to transition me to the Community So you mean to tell me after being Confined to a Restrictive Housing for majority of my incarcerations That they can Just Kick me out and im going to make it? Why Can't I Get The Proper Help I Need Now I am forced to make Copiess and take up different Avenues.

end of Statement

CC my file

COPY

PLAINTIFF'S EXHIBIT
CASE NO.
EXHIBIT NO. 38

Shaqille Brown
#361798
1 West Cell 119
Northern CI

9/14/19

Dear Warden Mudano

I am reaching out once again requesting The proper treatment I Need to Transition Smovely INTO The Community Since June 26th I have plead and requested for an adequate amount of mental Health treatment and I Have Continued To be ignored. and all you can say is 30 days prior to My release I will Make a treatment plan. and im guessing you Think 30 day prior to my release is going to help (me) with the dissabilities I have Transition Smovely I Have Been Confined to Close Quarters for almost 2 years with barely enough Mental Health Treatment. Why is This and Then you have Nerve To Question My behavior when im Not getting The proper help I'm like one OF D.O.C's pet Mice Just Shove a bunch of Meds down My Throat and See it Has the desired affect That ya'll Want. "hey lets Just give him all These Meds and Maybe he'll Shut up." No Thats Not Right and Someone Must be held accountable for These insidious acts. CC My file

end of Statement

I will forward this request to mentalHealth to meet with you.
[signature] 9/25/19

RECEIVED
SEP 25 2019
N.C.I. WARDEN'S OFFICE

CC: Dr Mueller
Dr Fritz

We will continue to meet with you to assist you in preparing for discharge.
[signature]
10/16/19

3B ExHiBit

what you got dudes like me who Really need it, ecspecially the Mental Health Treatment and when Not recieved properly we lose it and most of the time we Can't Control it See you Don't Know what its like Growing up abose, Dealing in Violence Shooting and Stabbing street Beefs you Don't Know How it feel to grow up in poverty Being fucked up Everytime I go to sleep The Demons Approach in My Sleep Slowly But Surely I'm losing Myself and you Think putting Me in special Needs 30 days of My discharge is suppose to Help Me Transition To The World With No One and Know where to go To feeling The pain of My Six months old daughter pass away feeling like its My fault and then I Tell you I Have issues with prisoners in My progression group But yet you force upon going up with those people. I Know I'M Not Stabalized To Just go from Here to the World in the drop of a dime I spent 2 well almost Two years in This program and facility and it Has ate away My Resolve I can't go out there like this I'm gonna end up dead or I'm a end up killing Somebody Do you Know How it feels To grieve a Child lost, family Gone, CD.O.C and My Mental disabilities All While Being in a facility like this. Constant Noise, Violence, And lack of Treatment. Like prime example you and robalez Said this Like Six weeks ago That ya'll were Starting An Anger Management Group? Where is it At So ya'll asked us if we wanted Group That could Make a difference for Nothing. You Think its OK To play With our Heads and Emotions Thinking That Because we Have Mental dissabilities Means we are incompetent To be Honest prisoners like Me Shouldn't even Be Here This long you say write, write, WRite But we get The Same response everytime OH we're working ON it to what extent Do I Have To Take To Be Heard Do I Have To Get Violent? Do I Have To Harm Myself? what do you fucking ~~what~~ Want I Constantly Ask for Help And I'M Not getting Shit! ~~to~~ All you guys do is TAKE TAKE TAKE. This is a Game To ya'll. like WHAT

WHAT Do you want for Me

To Get Help!!!!

# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

| Facility/Unit: NORTHERN CI WEST | Date: 10/8/19 |
|---|---|
| Inmate name: Shaqille Brown | Inmate number: 361798 |

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**

Follow the instructions and Refer to Sectio[...]
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form [...]ive Remedies' box).*

PLAINTIFF'S EXHIBIT
CASE NO.
EXHIBIT NO. 4A

A. ☐ **I am filing a Grievance.**
- Prior to filing a grievance, you must attempt informal resolution[...]
- Attach a copy of CN 9601, Inmate Request Form with the sta[...]ate in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or [...] grievance.

B. ☑ **I am requesting a Health Services Review:**

| ☐ All Other Health Care Issues | ☑ Diagnosis/Tr[...] | [...]plete Section 4 |
|---|---|---|

C. ☐ **I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| | | | |
|---|---|---|---|
| ☐ Disciplinary Action | | > | Complete Section 3 below |
| ☐ Special Management Decision | ☐ Classification Decision | > | Complete Section 4 |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| | | | |
|---|---|---|---|
| Offense: | | Report date: | |
| Facility where hearing was conducted: | | Date of hearing: | |
| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | |
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |

Name(s) of any witness(es):

RECEIVED
OCT 10 2019
NORTHERN CORRECTIONAL MEDICAL UNIT

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: Shaqille Brown | |
|---|---|---|
| | Inmate number: 361798 | Housing: 1 West 119 |

**SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION**

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I AM GRIEVING THE ISSUE OF THE LACK OF ~~[illegible]~~ MENTAL HEALTH TREATMENT AND SUPPORT. I HAVE SEVERAL MENTAL ILLNESSES WITH AN EXTENSIVE MENTAL HEALTH HISTORY. THERE IS NOT A SUFFICIENT NOR proper AMOUNT OF MENTAL STAFF NEEDED TO TEND TO US MENTally Ill PRISONERS I AM NOT CURRENTLY, NOR BEFORE NOW RECIEVING ANY THERPEUTIC PROgrams OR COUNSELING. TO C.D.O.C HAS BEEN Violating my Right By EVEN HOUSING ME IN Solitary CONFINEMENT THIS long WITHOUT The Required 90 day to SIX MONTH EVALUATION By a certified Proffesional MENTAL HEALTH DOCTOR. SINCE I'VE BEEN Housed in Solitary CONFINEMENT I'VE ONly BEEN Evaluated ONCE which was Back when I CAME TO NORTHERN SOMEWHERE AROUND 6/?/2018 SOME Type OF CORRECTING Should Be DONE Also I'M NOT recieving The PROPER Mental Health discharge planning. I HAVE WROTE several REQUEST pertaining To these ISSUES at hand and Have Recieved NO Responses. ONCE again I AM ASKING JUST To recieve The Proper Treatment.

| Inmate signature: [signature] | Date: 10/8/19 |
|---|---|

- **For all remedies except health services, deposit this form in the Administrative Remedies box.**
- **For a health services issue, deposit this form in the Health Services box.**

**SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

| Date Received: 10/11/19 | IGP #: 22224 | T#: |
|---|---|---|
| Disposition: No Further Action | Date of Disposition: 10/11/19 | |

Reason: Inmate has been seen by MHU at least weekly over past 45 days. He has been referred to discharge planner. Ninety day evaluation due and scheduled for 10/24/19.

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |
|---|---|
| Signature: [signature] | Date: 10/11/19 |

# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

| | |
|---|---|
| Facility/Unit: NORTHERN 1 WEST | Date: 10/17/19 |
| Inmate name: Shaquille Brown | Inmate number: 361798 |

PLAINTIFF'S EXHIBIT
CASE NO.
EXHIBIT NO. 4B

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**

Follow the instructions and Refer to Section 2 ...
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form a... Remedies' box).*

**A.** ☐ **I am filing a Grievance.**

- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff ... e in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or dis... rievance.

**B.** ☑ **I am requesting a Health Services Review:**

☐ All Other Health Care Issues | ☑ Diagnosis/Treatment | **Complete Section 4**

**C.** ☐ **I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| | | | |
|---|---|---|---|
| ☐ Disciplinary Action | | > | **Complete Section 3 below** |
| ☐ Special Management Decision | ☐ Classification Decision | > | **Complete Section 4** |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**

- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**

- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| | | | |
|---|---|---|---|
| Offense: | | Report date: | |
| Facility where hearing was conducted: | | Date of hearing: | |
| Did you have an advisor? ☐ yes ☐ no | If yes, name of advisor: | | |
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |

Name(s) of any witness(es):

OCT 28 2019

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: Shaqille Brown | |
|---|---|---|
| | Inmate number: 361798 | Housing: 119 |

**SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION**

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I HAVE WRITTEN MULTIPLE REQUEST PERTAINING THE ISSUE OF lack OF TREAT MENT ALSO I FILED A GRIEVANCE IN which only stated The obvious Cover up YES IN THE LAST 45 DAYS I HAVE SEEN MENTAL Health AT least ONCE a WEEK BUT That ISN't Because you guys willingly gave ME MENTAL Health Treat MENT I was only getting Seen ONCE a MONTH. The OTHER TIME That I were Seen was Because I had to Cover my window, Talk To The LT's OR I would Be on The Edge of a Breakdown There is NOT an adequate amount of MENTAL Health Staff NOR Treatment and Since last year JUNE 2018 I have NOT even recieved my 90 day MENTAL Health eval-uation you guys are NOT giving the correct Treatment and Then when Something goes ON you guys Cover it up By giving us DR's So I done want to hear That you are giving Me treatment cause your lying. How would you feel if you were Me or other prisoners with The issue we have and you Needed Help? ask yourself would it be Right? ya'll Need to get it together and Stop lying.

| | |
|---|---|
| Inmate signature: Shaqille Brown | Date: 10/17/19 |

- **For all remedies except health services, deposit this form in the Administrative Remedies box.**
- **For a health services issue, deposit this form in the Health Services box.**

**SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW**

| | | |
|---|---|---|
| Date Received: 10/31/19 | IGP #: 22502 | T#: |
| Disposition: Denied / No further action | Date of Disposition: 10/31/19 | |

Reason: Inmate has been seen by Mental Health services at least once per week on average. Ninety Day Evaluations up to date.

☐ You have exhausted DOC's Administrative Remedies. ☐ This matter may be appealed to:

| | |
|---|---|
| Signature: [signature] PsyD | Date: 10/31/19 |